IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRANK KRUSE, *as personal representative of Jacob Jordan, deceased,*<br>      Plaintiff, | )<br>)<br>)<br>) |
| vs. | )   CIVIL ACTION NO. 11-00513-KD-C |
| DALE BYRNE, *et al.*,<br>      Defendants. | )<br>)<br>) |

## JUDGMENT

In accordance with the Court's Order entered on this date, the Court's Order (Doc. 138) dated October 7, 2013, and the Court's Order (Doc. 98) dated November 8, 2012, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. **JUDGMENT** is entered against Plaintiff and in favor of Defendants Dale Byrne, Kenneth Earl May, Connie Johanna Pimperl, Rocky Lee Langham, Gregory E. Pinkard, Steve R. Drinkard, Edward Scott, and the Baldwin County Commission on all of Plaintiff's claims against them in this action, which are **DISMISSED with prejudice**;[1]

2. **JUDGMENT** is entered against Plaintiff and in favor of Defendant Jimmie L. Williams on Plaintiff's claim under 42 U.S.C. § 1983 against her in Count I of the Second Amended Complaint (Doc. 75); and

3. Plaintiff's state law claims against Defendants Jimmie L. Williams and Charles E. Sherman (Counts IV, V, and VI of the Second Amended Complaint (Doc. 75)) are **DISMISSED without prejudice**, as the Court declines to continue exercising supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367.

**DONE** and **ORDERED** this the **3rd** day of **December 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff voluntarily dismissed with prejudice all claims against Defendant Carla Wasdin prior to entry of judgment. (Docs. 97, 136).